IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICHARD E. GITLEN and
LYNN N. GITLEN,

      Appellants,

v.

SUNTRUST BANK and
WINDING RIVER PRESERVE
HOMEOWNERS, INC.,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2384

Opinion filed May 3, 2016.

An appeal from the Circuit Court for Levy County.
Stanley H. Griffis, III, Judge.

Richard E. Gitlen, pro se, for Appellants.

John D. Cusick of Phelan Hallinan Diamond & Jones, PLLC, Ft. Lauderdale, for Appellees.

PER CURIAM.

      AFFIRMED.

ROWE, MAKAR, and BILBREY, JJ., CONCUR.